UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL FRUNGILLO,

    Plaintiff,

  v.

IMPERIA ENTERTAINMENT, et al.,

    Defendants.

No.  2:14-mc-0047 KJM CKD

ORDER

        This matter came on for a judgment debtor examination on July 2, 2014.  Michael Minguet appeared for plaintiff and judgment creditor.  No appearance was made for the judgment debtor.  Upon review of the file and discussion with counsel, and good cause appearing, IT IS HEREBY ORDERED that:

        1.  The court takes judicial notice of the records of the California and Nevada Secretaries of State.  Viratech Corporation is not registered to do business in California.  Viratech Corporation is registered in Nevada with the address of all of its officers in Reno, Nevada.  Under these circumstances, the court declines to issue an order to show cause at this time regarding the non-appearance of the judgment debtor.

        2.  Plaintiff's counsel indicated that the President of Viratech Corporation may have a resident address in California.  The judgment debtor examination is continued to August 20, 2014 at 10:00 a.m. in courtroom no. 24.  No later than August 6, 2014, plaintiff's counsel shall contact

the courtroom deputy and advise the court whether the President of Viratech Corporation has been properly served with the order to appear for examination or whether plaintiff will be proceeding with judgment debtor proceedings in the District of Nevada.

      3.  Plaintiff's counsel shall serve a copy of this order on the registered agent for service of process on defendant Viratech Corporation and shall file a proof of service reflecting said service.

Dated: July 3, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 frungillo.oah