1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL FRUNGILLO,                    No.  2:14-mc-0047 KJM CKD

12                 Plaintiff,

13          v.                              ORDER

14    IMPERIA ENTERTAINMENT, et al.,

15                 Defendants.

16

17         This matter came on for a judgment debtor examination on August 20, 2014.  Michael

18    Minguet appeared for plaintiff and judgment creditor.  No appearance was made for the judgment

19    debtor.  Upon review of the file and discussion with counsel, and good cause appearing, IT IS

20    HEREBY ORDERED that the judgment debtor examination is continued to September 24, 2014

21    at 10:00 a.m. in courtroom no. 24.

22    Dated:  August 21, 2014

23                                          _____
                                            CAROLYN K. DELANEY
24                                          UNITED STATES MAGISTRATE JUDGE

25    4 frungillo2.oah

26

27

28

1